## Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal Claimant | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | RESERVOIR MEDIA MUSIC | TAKE ME HOME COUNTRY ROADS | Mary C. Danoff (a/k/a Mary Catherine Nivert); William T. Danoff; H.J. Deutschendorf, Jr. (p/k/a John Denver) | March 8, 1971 | EU 238954 | Zachary J. Deutschendorf (Child of the Deceased Author H.J. Deutschendorf); Anna Kate Deutschendorf (Child of the Deceased Author H.J. Deutschendorf); Jesse Bellen Denver (Child of the Deceased Author H.J. Deutschendorf); William T. Danoff; Mary C. Nivert | RE 653-070 March 31, 1999 | December 19, 2024 |
| 2. | ALMO MUSIC CORPORATION | DRIFT AWAY | Mentor R. Williams | May 24, 1972 | EU 331792 | Almo Music Corp. (employer for hire of Mentor Williams), Proprietor in Copyright in a work for hire | RE 816-855 January 3, 2000 | December 19, 2024 |
| 3. | UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC. | BLUE CHRISTMAS | Billy Hayes; Jay W. Johnson | October 27, 1948 | EP 185866 | Billy Hayes; Jay Johnson | R 616415 October 28, 1975 | December 19, 2024 |
| 4. | RAY VAUGHAN MUSIC, INC. | PRIDE AND JOY | Stevie Ray Vaughan | June 10, 1983 | PA 253-122 | | | December 19, 2024 |