Elizabeth Seidlin-Bernstein
Noah Robbins (*pro hac vice* forthcoming)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.665.8500
seidline@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESERVOIR MEDIA MUSIC, ALMO MUSIC CORPORATION, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., and RAY VAUGHAN MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAPE MANAGEMENT COMPANY LLC, CURTIS BASHAW, and CRAIG D. WOOD, <br><br> Defendants. | Civil Action No. <br><br><br><br> **FED. R. CIV. P. 7.1** <br> **DISCLOSURE STATEMENT** <br> **FOR PLAINTIFFS** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs hereby certifies as follows: (i) RESERVOIR MEDIA MUSIC is owned by Reservoir Media Management, Inc., which has no parent corporation, and no publicly held corporation owns 10% or more of the stock in this entity; (ii) ALMO MUSIC CORPORATION is owned by Rondor Music International, which, in turn, is an indirect subsidiary of Universal Music Group, NV, a Dutch publicly traded entity; (iii) UNIVERSAL POLYGRAM INTERNATIONAL

PUBLISHING, INC. is an indirect subsidiary of Universal Music Group, NV, a Dutch publicly traded entity; and (iv) RAY VAUGHAN MUSIC, INC. has no parent corporation, and no publicly held corporation owns 10% or more of the stock in this entity.

Pursuant to L.Civ.R. 7.1.1(a), the undersigned counsel for Plaintiffs hereby certifies that no person or entity is providing funding for attorneys' fees and expenses in exchange for: (a) a contingent financial interest based upon the results of the litigation; or (b) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Pursuant to L.Civ.R. 11.2, the undersigned counsel for Plaintiffs hereby certifies that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated: March 3, 2025

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Elizabeth Seidlin-Bernstein*
Elizabeth Seidlin-Bernstein
Noah Robbins (*pro hac vice* forthcoming)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Fax: 215.864.8999
seidline@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*