*AO 121 (Rev. 06/16)*

| TO: | **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington D.C. 20559–6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING COPYRIGHT** |
|---|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court **X** action or ____ appeal has been filed on the following copyright(s):

| DOCKET NO.<br>1:25−cv−01582−KMW−EAP | DATE FILED<br>3/3/2025 | U.S. DISTRICT COURT<br>CAMDEN, NJ |
|---|---|---|
| PLAINTIFF<br>RESERVOIR MEDIA MUSIC | | DEFENDANT<br>CAPE MANAGEMENT COMPANY LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ____ Order   ____ Judgment | ____ Yes   ____ No | |

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ Adam Ignaczewski | DATE<br>3/3/2025 |
|---|---|---|

1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights   4) In the event of an appeal, forward copy to Appellate Court   5) Case File Copy