**FAEGRE DRINKER BIDDLE & REATH LLP**
William A. Wright
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7073
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RESERVOIR MEDIA MUSIC, ALMO MUSIC CORPORATION, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., and AY VAUGHAN MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAPE MANAGEMENT COMPANY LLC, CURTIS BASHAW, and CRAIG D. WOOD., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:25-cv-01582-KMW-EAP <br><br> **NOTICE OF APPEARANCE** <br><br> (Document Electronically Filed) |

Kindly enter the appearance of William A. Wright on behalf of Defendants in the above-entitled action.

Dated: March 31, 2025

                                                           *s/ William A. Wright*
                                                           William A. Wright
                                                           **FAEGRE DRINKER BIDDLE & REATH LLP**
                                                           600 Campus Drive
                                                           Florham Park, NJ 07932
                                                           Telephone: (973) 549-7073
                                                           Facsimile: (973) 360-9831
                                                           william.wright@faegredrinker.com
                                                           *Attorneys for Defendants*