Elizabeth Seidlin-Bernstein
Noah Robbins (*pro hac vice* forthcoming)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.665.8500
seidline@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESERVOIR MEDIA MUSIC, ALMO MUSIC CORPORATION, UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., and RAY VAUGHAN MUSIC, INC., | Civil Action No. 1:25-cv-01582-KMW-EAP |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CRAIG D. WOOD** |
| v. | |
| CAPE MANAGEMENT COMPANY LLC, CURTIS BASHAW, and CRAIG D. WOOD, | Electronically Filed |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss Defendant Craig D. Wood from the above-captioned action without prejudice.

Dated: April 4, 2025                    Respectfully submitted,

                                        BALLARD SPAHR LLP

                                        By: */s/ Elizabeth Seidlin-Bernstein*
                                        Elizabeth Seidlin-Bernstein
                                        Noah Robbins (*pro hac vice* forthcoming)

                                        1735 Market Street, 51st Floor
                                        Philadelphia, PA 19103
                                        Telephone: 215.665.8500
                                        Fax: 215.864.8999
                                        seidline@ballardspahr.com
                                        robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*